AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION |
|---|---|---|
| DOCKET NO.<br>1:26-cv-14367 | DATE FILED<br>11/18/2026 | United States District Court<br>Northern District of Illinois |

| PLAINTIFF | DEFENDANT |
|---|---|
| Joel Stephen Robinson | The Partnerships and Unincorporated Associations Identified on Schedule A |

| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OR WORK** |
|---|---|---|
| 1 See Attached | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Thomas G. Bruton | M.Nowak | 11/19/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-398**
**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Ghost Of Disapproval

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 24, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


boo

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-209**
**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 12, 2023

## Title

**Title of Work:** Dogtor

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 07, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


TRUST ME
I'M A DOGTOR

# Certificate of Registration

UNITED STATES COPYRIGHT OFFICE · SEAL OF THE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-376**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Death and His Cats

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 07, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


Z
Z
z

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-364-049**
**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 28, 2023

## Title

**Title of Work:** Spooky Pals

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 19, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


RIP

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-312**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Cat Got Your Soul?

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


SOULS!

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-377**
**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Death Rides a Black Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 22, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-389**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** This is Your Cat on Catnip

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

