**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOEL STEPHEN ROBINSON,

Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

Defendants.

Case No.: 1:26-cv-14367

Judge John J. Tharp, Jr.

Magistrate Judge Laura K. McNally

**DECLARATION OF JOEL STEPHEN ROBINSON**

I, Joel Stephen Robinson, declare and state as follows:

1. This declaration is based upon my personal knowledge of the facts stated herein or on the business records that were made at the time or in the regular course of business. If called as a witness, I could and would testify to the statements made herein.

2. I am the artist that creates all the Joel Robinson Works. I make this declaration from matters within my knowledge save where otherwise stated.

3. I am an illustrator who has been designing punny, cute, and cat-centric tees and illustrations for over a decade. I create my illustrations under the pseudonym Obinsun. My distinctive style features clean, simple, and bold lines. My designs are a reminder that even the darkest moments can make you smile. I have always been an avid doodler, and my style is heavily influenced by comic strips. My work often features puns and clever visual jokes. Most of my ideas are generated by simply sitting down and drawing. By using universally popular themes as well as limited color palettes and simple line work, I create bold and easy to understand designs which appeal to a wide audience. More than anything, I want

people to connect with my characters and so I pay close attention when illustrating their facial expressions, especially their eyes. My work has been licensed to Hot Topic, and my designs are regularly featured on print on demand websites such as Redbubble, Threadless, Teepublic, and Design by Humans.

4. I am the official source of products associated with the Joel Robinson Works (the "Joel Robinson Products"):




https://www.redbubble.com/people/obinsun/shop

5. I am the owner of the copyright registrations for the Joel Robinson copyrighted works, which are protected United States Copyright Registration Nos. VA 2-362-398; VA 2-362-209; VA 2-362-376; VA 2-364-049; VA 2-362-312; VA 2-362-377; and VA 2-362-

389 (the "Joel Robinson Works"). True and correct copies of the copyright registrations for the Joel Robinson Works are attached hereto as **Exhibit 1**.

6. I control the quality of all materials and content that feature the distinctive Joel Robinson Works.

7. Substantial time, money, and other resources have been expended in developing, advertising, licensing, and otherwise promoting the Joel Robinson Works. As a result, the images are widely recognized and exclusively associated by consumers, the public, and the trade with my name.

8. The success of the Joel Robinson Works has resulted in significant infringement of the copyrights. Consequently, an anti-pirating program has been implemented to investigate suspicious websites and online marketplace listings identified in proactive internet sweeps. Various marketplace listings have been identified on multiple platforms, including the internet stores identified in Schedule A attached to the Complaint ("Defendant Internet Stores"), which were offering for sale, selling, and importing unauthorized versions of the Joel Robinson Works to consumers in this judicial district and throughout the United States.

9. I am aware of investigations related to internet-based infringement of the Joel Robinson Works. The investigations show that Defendants are using the Defendant Internet Stores to sell infringing Joel Robinson Products from foreign countries such as China to consumers in the United States. I, or someone working under my direction, analyzed the Defendant Internet Stores and determined that Infringing Joel Robinson Products were being offered for sale to the United States, including Illinois. The Defendants and their websites do not conduct business with me and do not have the right or authority to use the

copyrights for any reason. True and correct copies of screenshot printouts showing the active Defendant Internet Stores reviewed are attached as **Exhibit 2**.

10. Monetary damages alone cannot adequately compensate me for the ongoing infringement because monetary damages fail to address the loss of control of and damage to my reputation, goodwill, and control over the nature of the derivative works made using my copyrighted material. Furthermore, monetary damages are difficult, if not impossible, to completely ascertain due to the inability to fully quantify the monetary damage caused to my reputation and goodwill by acts of infringement.

11. My goodwill and reputation are irreparably damaged when the Joel Robinson Works are used on unauthorized goods. I am further irreparably harmed by the unauthorized use of the Joel Robinson copyrighted material because infringers take away my ability to control the nature and quality of products bearing the Joel Robinson Works and derivative works.

12. I am further irreparably damaged due to a loss of exclusivity. The copyright rights in the Joel Robinson Works are meant to be exclusive rights.

13. The marketing and distribution of the Joel Robinson Works and derivative works are aimed at growing and sustaining sales. When infringers use the Joel Robinson Works without authorization, the exclusivity associated with the Joel Robinson Works, as well as my reputation, is damaged and eroded, resulting in a loss of unquantifiable future sales.

14. Uncontrolled profiteering and pirating of the Joel Robinson Works create the impression that the copyright rights associated with the Joel Robinson Works may be infringed with impunity. The Joel Robinson Works are distinctive and signify to consumers that the products are authorized by me and are manufactured to my high-quality standards.

When infringers use the Joel Robinson Works on goods without authorization, the exclusivity of my products and reputation are damaged and eroded, resulting in a loss of unquantifiable future sales. The devaluing of the intellectual property associated with the Joel Robinson Works cannot be compensated for financially since it erodes my ability to monetize the Joel Robinson Works.

15. I will suffer immediate and irreparable injury, loss, or damage if an *ex parte* Temporary Restraining Order is not issued in accordance with Federal Rule of Civil Procedure 65(b)(1).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 20, 2026.

___________________________________
Joel Stephen Robinson