Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-398**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Ghost Of Disapproval

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** November 24, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


boo

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-209**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 12, 2023

## Title

**Title of Work:** Dogtor

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** March 07, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


TRUST ME
I'M A DOGTOR

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-376**
**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Death and His Cats

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 07, 2019
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


Z
Z
z

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-364-049**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 28, 2023

## Title

**Title of Work:** Spooky Pals

## Completion/Publication

**Year of Completion:** 2018
**Date of 1st Publication:** June 19, 2018
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


RIP

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-312**
**Effective Date of Registration:**
July 27, 2023
**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Cat Got Your Soul?

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** May 16, 2015
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm


SOULS!

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-362-377**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** Death Rides a Black Cat

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** October 22, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-362-389**

**Effective Date of Registration:**
July 27, 2023

**Registration Decision Date:**
September 13, 2023

## Title

**Title of Work:** This is Your Cat on Catnip

## Completion/Publication

**Year of Completion:** 2016
**Date of 1st Publication:** November 14, 2016
**Nation of 1st Publication:** United States

## Author

- **Author:** Joel Stephen Robinson
  **Pseudonym:** Obinsun
  **Author Created:** 2-D artwork
  **Citizen of:** United States
  **Pseudonymous:** Yes

## Copyright Claimant

**Copyright Claimant:** Joel Stephen Robinson
1965 E 18th Street, Loveland, CO, 80538, United States

## Rights and Permissions

**Name:** Joel Stephen Robinson
**Email:** obinsunart@gmail.com
**Address:** 1965 E 18th Street
Loveland, CO 80538 United States

## Certification

**Name:** David Denholm

